**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

**CASE NO. 0:25-cv-62575-WPD**

SCOTT SCHAAF and
YEIDY MONTERO,

     *Plaintiffs*,

v.

NEXO CAPITAL INC. and
ANTONI TRENCHEV,

     *Defendants*.

_____/

### MOTION TO WITHDRAW BENJAMIN DAVIS
### AS COUNSEL FOR DEFENDANT NEXO CAPITAL INC

COMES NOW, the undersigned counsel, Benjamin C. Davis, Esq. ("Movant"), pursuant to Rules 7.1 and 11.1(d)(3) of the Local Rules for the United States District Court for the Southern District of Florida, and hereby moves this Court for an order allowing Movant to withdraw as counsel for Defendant Nexo Capital Inc. ("Defendant"), relieving him of all duties associated with this case, and directing the Clerk of the Court to remove him from receiving all further CM/ECF filings in this case.  In support of this Motion, Movant states as follows:

1.     Movant is a member in good standing of the Florida Bar and the United States District for the Southern District of Florida and is listed as counsel of record for Defendant on this Court's Docket. *See* Civil Docket, No. 0:25-cv-62575-WPD.

2.     At the inception of this action, Movant appeared in this action as counsel for Defendant on behalf of the law firm of Baker & McKenzie LLP.

3.      Movant has since left the employment of the law firm Baker & Mckenzie LLP and, as a result, is no longer serving as counsel for Defendant in this matter.

4.      Defendant is also represented by and will continue to be represented by other lawyers associated with the law firm of Baker & McKenzie LLP, including Defendant's remaining counsel of record, Baker & McKenzie LLP attorneys Adrienne Harreveld, Esq. and Ian S. Shelton, Esq. (admitted *pro hac vice*).[1]

5.      Notice of Movants dissociation from Baker & McKenzie LLP and the need for his withdrawal from this action has been provided to Defendant, and Defendant does not oppose the requested relief.

6.      Through the filing of this Motion, notice of Movant's withdrawal as counsel for Defendant has been provided to the Plaintiffs' attorneys, pursuant to Local Rule 11.1(d)(3)(A).

7.      The granting of this Motion will not impose delay or affect any deadlines in the case as Defendant will continue to be represented by the attorneys indicated above, who will continue to be counsel of record for Defendant and whose current mailing addresses are:

> Adrienne Harreveld (Fla. Bar No. 1035946)
> Baker & McKenzie LLP
> 830 Brickell Plaza, Suite 3100
> Miami, FL 33131
>
> Ian S. Shelton (admitted *pro hac vice*)
> Baker & McKenzie LLP
> 800 Capitol, Suite 2100
> Houston, TX 770002

---

[1] Attorney Harreveld will continue to act as local counsel in support of Attorney Shelton's pro hav vice admission in accord with Rule 4 of the Local Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys for the Southern District of Florida.

WHEREFORE, based on the foregoing, Benjamin C. Davis, Esq. respectfully requests that the Court grant this Motion and enter an order: allowing Movant to withdraw as counsel for Defendant Nexo Capital Inc.; relieving him of all duties associated with this case; and directing the Clerk of the Court to remove him from receiving all further CM/ECF filings in this case.

Dated:  April 9, 2026

Respectfully submitted,

*/s/ Benjamin Davis*
Benjamin Davis, Esq.
Fla. Bar No. 110734
benjamin.davis@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Brickell Avenue, Suite 1600
Miami, Florida 33131-2339
Telephone: (305) 415-3000
Facsimile: (305) 415-3001

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 9, 2026 , I filed the foregoing with the Clerk of the Court

through the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ *Benjamin Davis*
Benjamin Davis, Esq.