**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128−7716
(305)523−5100

Date: August 17, 2026

**Clerk of Circuit and County Courts**
17th Judicial Circuit of Florida
201 South East 6th Street RM 4130
Ft. Lauderdale, FL 33301

RE: District Court Case No.: 0:25−cv−62575−WPD

State Court Case No.: Case No. CACE 25−007386

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

Angela E. Noble, Clerk of Court

By _/s/ *Benita Lois Chin*_
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128−7716
(305)523−5100

Date: August 17, 2026

**Clerk of Circuit and County Courts**
17th Judicial Circuit of Florida
201 South East 6th Street
Ft. Lauderdale, FL 33301

RE: District Court Case No.: 0:25−cv−62575−WPD

State Court Case No.: Case No. CACE 25−007386

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

**Clerk's Acknowledgment of Receipt**
The undersigned hereby acknowledges receipt of the District Court's certified copy of the Order of Remand.

By:________________________________
Deputy Clerk

On:___________________

Angela E. Noble, Clerk of Court

By */s/ Benita Lois Chin*
Deputy Clerk